```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
STEVE POSEY,                          :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :  CIVIL ACTION 15-0624-KD-M
                                      :
GWYNN MOSLEY, et al.,                 :
                                      :
     Defendants.                      :
```

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 27th day of April 2016.

```
                         s/ Kristi K.DuBose
                         KRISTI K. DuBOSE
                         UNITED STATES DISTRICT JUDGE
```